UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| *In re* Application of<br><br>RICHARD RANDALL GREEN,<br><br>Applicant,<br><br>v.<br><br>For an Order Pursuant to 28 U.S.C. § 1782 Granting Leave to Obtain Discovery From the EXPORT-IMPORT BANK OF THE UNITED STATES For Use In Foreign Proceedings | Civil Action No. 18-mc-00030 (BAH) |

**CONSENT MOTION FOR ENLARGEMENT
OF TIME TO FILE OPPOSITION TO APPLICATION FOR JUDICIAL ASSISTANCE**

The Export-Import Bank of the United States ("Ex Im Bank"), by counsel, and with consent of the applicant, moves for a two week enlargement of time to file its opposition to application for judicial assistance. This motion is merited for the following reasons:

1. Applicant and Ex Im Bank continue negotiating a possible resolution of this matter, and, on May 4, 2018, Ex Im Bank plans to provide documents to Applicant.

2. Ex Im Bank's opposition to application for judicial assistance is due on May 7, 2018.

3. Two additional weeks will allow sufficient time to determine whether this matter can be resolved and for Ex Im Bank to focus on relevant areas in its opposition if briefing proves necessary.

Wherefore, Export-Import Bank, by counsel, and with applicant's consent, moves for a two week enlargement of time to May 21, 2018 to file its opposition to application for judicial assistance, and further moves that applicant's reply now be due on May 28, 2018.

    Respectfully submitted,

    JESSIE K. LIU, D.C. BAR # 472845
    United States Attorney
    for the District of Columbia

    DANIEL F. VAN HORN, D.C. Bar #924092
    Civil Chief

    By: /s/ *Alexander D. Shoaibi*
    ALEXANDER D. SHOAIBI, D.C. Bar #423587
    Assistant U.S. Attorney
    555 Fourth St., N.W.
    Room E4218
    Washington, D.C. 20530
    (202) 252-2511
    Alexander.shoaibi@usdoj.gov

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| *In re* Application of<br><br>RICHARD RANDALL GREEN,<br><br>Applicant,<br><br>v.<br><br>For an Order Pursuant to 28 U.S.C. § 1782 Granting Leave to Obtain Discovery From the EXPORT-IMPORT BANK OF THE UNITED STATES For Use In Foreign Proceedings | Civil Action No. 18-mc-00030 (BAH) |

## ORDER

Upon consideration of the Export Import Bank's consent motion for a two week enlargement of time to file its opposition to application for judicial assistance, it is hereby ordered that the motion is granted and that the opposition to application for judicial assistance is now due on May 21, 2018, and that the reply to the opposition is now due on May 28, 2018.

_____
U.S. District Judge